# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY GIBBS, | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-12-1751 |
| v. | (JUDGE CAPUTO) |
| JOHN WETZEL, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 15th day of November, 2012, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Carlson's Report & Recommendation (Doc. 9) is **ADOPTED in its entirety**.

(2) The claims against Defendants John Wetzel and Marirosa Lamas are **DISMISSED without prejudice**.

(3) Plaintiff Gregory Gibbs may file an Amended Complaint to properly allege the claims against Defendants Wetzel and Lamas **within twenty (20) days** from the date of entry of this Order.

(4) Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED**.

(5) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge