**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

GREGORY GIBBS,

      Plaintiff,

          v.

JOHN WETZEL, *et al.*,

      Defendants.

CIVIL ACTION NO. 3:CV-12-1751

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

    **NOW**, this 15th day of February, 2013, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 23) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

    (1)    The Report & Recommendation (Doc. 23) is **ADOPTED**.

    (2)    The claims against Defendants John Wetzel and Marirosa Lamas are **DISMISSED with prejudice**.

    (3)    The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

A. Richard Caputo
United States District Judge

**FILED
SCRANTON**

FEB 1 5 2013

PER_____
    DEPUTY CLERK