# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY GIBBS, | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-12-1751 |
| v. | (JUDGE CAPUTO) |
| TREVOR HARDY, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 17th day of July, 2013, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 31) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 31) is **ADOPTED**.

(2) Defendants' Motion to Dismiss (Doc. 29) is **GRANTED**.

(3) The action is **DISMISSED with prejudice**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge